UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

766 SHREWSBURY AVENUE
1ST FLOOR
TINTON FALLS, NJ
(732) 933-9412
FAX: (732) 933-9427

January 7, 2016

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable William H. Walls
Senior United States District Court Judge
United States District Court
Martin Luther King, Jr. Federal Building and United States Courthouse
50 Walnut Street, Room 4046
Newark, NJ 07102

RE: ABESHAUS, ALAN
DKT.#: 11-315
**REPORT ON OFFENDER UNDER SUPERVISION**

Dear Judge Walls:

On September 3, 2015, the above subject was sentenced by Your Honor after his conviction for Conspiracy to Commit Mail and Wire Fraud (18 U.S.C. 1349), to three years probation and the following special conditions: nine months location monitoring; $100 special assessment; $250,000 fine; $1,000,000 in restitution and, $500,000 forfeiture.

Mr. Abeshaus suffers from a myriad of medical issues, specifically with the swelling of his legs and lack of blood flow. He was originally placed on electronic monitoring, but due to the above and a subsequent follow-up letter from his cardiologist, advising that the electronic monitoring device on the offender's leg could pose a health risk, we have determined that Mr. Abershaus can serve out the remainder of the location monitoring condition via non-electronic. Although the location monitoring special condition allows our office to move to a less restrictive technology, we wanted to advise the Court and request an opinion from Your Honor.

Mr. Abeshaus has paid all financial sanctions in full and to date, has been in full compliance with supervision.

We respectively request Your Honor provide an opinion on this matter and please note below. If Your Honor should require additional information, please contact the undersigned officer at (973) 223-8863.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Kevin M. Villa
Senior U.S. Probation Officer

/kmv

Page 2
RE: ABESHAUS, ALAN
DKT.#: 11-315

__✓__ The Court concurs with using a non-electronic form of location monitoring

_____ The Court recommends that the standard electronic technology be used as a form of location monitoring

_____
Signature of Judicial Officer

__12 January 2016_____
Date